# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

KEVIN J. PFEIFFER,

          Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.

## JUDGMENT IN A CIVIL CASE

**Case No.: 07-cv-566-JCS**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

    The decision of defendant Michael Astrue, Commissioner of Social Security, is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

**THERESA M. OWENS**

_____
**Theresa M. Owens, Clerk**

_____
/s/ M. Hardin
**by Deputy Clerk**

_____5/30/08_____
**Date**