IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN PFEIFFER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 07-cv-566-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that plaintiff Kevin Pfeiffer is awarded a total of $5,000.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, to be paid directly to Plaintiff's attorney, Frederick J. Daley, Jr. as assignee of Plaintiff.

_____
Joel W. Turner, Acting Clerk of Court

9-4-08
Date