IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KEVIN J. PFEIFFER,

              Plaintiff,                              ORDER

    v.                                          07-cv-566-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

              Defendant.

---

Plaintiff Kevin J. Pfeiffer has filed a motion pursuant to 42 U.S.C, § 406(b) asking this court to approve the payment of attorney fees to his attorney, Frederick J. Daley, Jr., in the amount of $7,058.60. This amount represents 25 percent of plaintiff's past-due benefits awarded by the Social Security Administration ($12,058.60), less $5,000 in attorney fees that this court awarded previously to Daley pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Having considered the brief and supporting materials filed by plaintiff's attorney, and hearing no objection from plaintiff or defendant, I will grant the motion. The fees requested by Daley are reasonable in light of the time he spent on this case and the favorable result he obtained for plaintiff.

ORDER

IT IS ORDERED that plaintiff's motion for an order approving an award of attorney fees pursuant to 42 U.S.C. § 406(b) is GRANTED. Plaintiff's attorney, Frederick J. Daley, Jr., is entitled to attorney fees in the amount of $7,058.60, which represents 25 percent of plaintiff's past-due benefits awarded by the Social Security Administration, less $5,000 in attorney fees that this court awarded previously to Daley under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Entered this 3rd day of December, 2009.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge